

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00241-CV

**IN RE** Deborah Lindsey **PARHAM**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Jason Pulliam, Justice

Delivered and Filed: April 29, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On April 21, 2015, relator Deborah Lindsey Parham filed a petition for writ of mandamus and a motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-PC-3933, styled *In the Guardianship of Juanita E. Byrd, An Incapacitated Person*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Kelly M. Cross presiding.